

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00677-CV

Graciela **GARCIA** and Jesus Garcia,
Appellants

v.

Roberto **SALINAS**, Jose Lozano, and State Farm Mutual Automobile Insurance Company,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-716
The Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:        Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: March 4, 2020

DISMISSED FOR LACK OF JURISDICTION

On February 6, 2020, appellee Roberto Salinas filed an unopposed motion to dismiss for lack of jurisdiction. The motion states that the parties have conferred and that appellants Graciela Garcia and Jesus Garcia do not oppose the motion. *See* TEX. R. APP. P. 10.3(a). The motion further states that appellants have attempted to appeal from an order that does not dispose of all parties and claims and that the trial court has vacated the order. In light of these undisputed procedural facts, we dismiss this appeal for lack of jurisdiction. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ("[T]he general rule, with a few mostly statutory exceptions, is that an appeal

may be taken only from a final judgment. A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree."); *Monte-Picentini Inc. v. Rialta, LLC*, No. 14-18-00272-CV, 2018 WL 1955031, at *1 (Tex. App.—Houston [14th Dist.] Apr. 26, 2018, pet. denied) (mem. op.) (dismissing appeal for lack of jurisdiction where a trial court signed a default judgment against two defendants and thereafter vacated the judgment as to one of the defendants).

PER CURIAM